# United States Bankruptcy Court

District Of ARIZONA

In re WHISPERING WINDS PROPERTY LLC )   2:08-bk-15620-RJH
AND DAN WISE    Debtor            )   Case No. 2:08-bk-15625-RJH
                                  )   jointly administered
MAUREEN GAUGHAN, Trustee, to      )   Chapter 7
SM FINANCIAL SERVICES CORPORATION,)
Assignee        Plaintiff         )
                                  )
        v.                        )
HARRY BANK, ET AL                 )   Adv. Proc. No. 2:10-ap-02150-RJH
        Defendant                 )

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _____ as it appears in the records of this court, and that:
(date)

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)                                        (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

I HEREBY CERTIFY THAT THE ANNEXED INSTRUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THE OFFICE OF THE BANKRUPTCY CLERK.

DATED: 3/15/16   _____    George Prentice
                 AUTHORIZED DEPUTY CLERK   Clerk of the Bankruptcy Court

3/15/16                          By: _____
Date                                  Deputy Clerk

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 15, 2011**



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

1  Daniel P. Collins (State Bar Id No. 009055)
   Theodore P. Witthoft (State Bar Id No. 021632)
2  Patrick T. Derksen (State Bar Id No. 023178)
   **COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
3  201 North Central Avenue, 22nd Floor
   Phoenix, Arizona 85004-0022
4  Telephone: (602) 252-1900
   Facsimile: (602) 252-1114
5  Email: dcollins@cmpbglaw.com
   Email: twitthoft@cmpbglaw.com
6  Email: pderksen@cmpbglaw.com

7  Attorneys for Chapter 7 Trustee, Maureen Gaughan

8  **UNITED STATES BANKRUPTCY COURT**

9  **DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | **Chapter 7** |
| WHISPERING WINDS PROPERTIES, L.L.C. AND DAN WISE, | Case No. 2:08-bk-15620-RJH<br>Case No. 2:08-bk-15625-RJH<br>(Jointly Administered) |
| Debtors. | Adversary No. 2:10-ap-02150-RJH |
| MAUREEN GAUGHAN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>HARRY BANK and JANE DOE BANK; LAWRENCE J. CHENIER, JR. and JANE DOE CHENIER; RICHARD G. HEIMAN and JANE DOE HEIMAN; ERICKA KLEIN and JOHN DOE KLEIN; SAGALL, LLC; a Delaware limited liability company; TUSHAR K. DESAI and JANE DOE DESAI; and JONATHAN WEISS AND JANE DOE WEISS;<br><br>Defendants. | **DEFAULT JUDGMENT AGAINST LAWRENCE J. CHENIER, JR., JANE DOE CHENIER, SAGALL, LLC, JONATHAN WEISS and JANE DOE WEISS** |

I HEREBY CERTIFY THAT THE ANNEXED INSTRUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THE OFFICE OF THE BANKRUPTCY CLERK

DATED: 3/15/16    _Renee B_____
AUTHORIZED DEPUTY CLERK

Maureen Gaughan, the plaintiff and Chapter 7 trustee of the Whisperings Winds Properties, LLC and Dan Wise bankruptcy cases (hereinafter "Plaintiff" or "Trustee"), having filed her Application for Entry of Default against Defendants Lawrence J. Chenier, Jr. and Jane Doe Chenier, husband and wife, Sagall, LLC, a Delaware limited liability company, and Jonathan Weiss and Jane Doe Weiss, husband and wife (collectively, "Defendants"); the Defendants being neither infant nor incompetent; the Defendants having been properly served pursuant to Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend and the Defendants having failed to do so; the Clerk of the Court having duly entered the default against the Defendants; the Complaint having set forth facts sufficient to support the claim for relief, and good cause appearing, it is:

ORDERED, ADJUDGED, AND DECREED granting Judgment by default against Lawrence J. Chenier, Jr. and Jane Doe Chenier, husband and wife, Sagall, LLC, a Delaware limited liability company, and Jonathan Weiss and Jane Doe Weiss, husband and wife, in favor of the Plaintiff as follows:

A. Entering monetary judgment against Lawrence J. Chenier, Jr. and Jane Doe Chenier, jointly and severally, in the amount of $3,438,682.00, pursuant to 11 U.S.C. § 550;

B. Entering monetary judgment against Sagall, LLC, a Delaware limited liability company, in the amount of $20,000.00, pursuant to 11 U.S.C. § 550;

C. Entering monetary judgment against Jonathan Weiss and Jane Doe Weiss, jointly and severally, in the amount of $32,375.00, pursuant to 11 U.S.C. § 550;

D. Avoiding the Lawrence Chenier Transfers (as defined in the Complaint), the Sagall Transfers (as defined in the Complaint) and the Weiss Transfers (as defined in the Complaint), pursuant to 11 U.S.C. § 548, 11 U.S.C. § 544(b) and A.R.S. § 44-1004(A)(1);

E. Each Defendant's respective monetary judgment shall accrue interest at the rate proscribed at 28 U.S.C. § 1961, from the date of the entry of this Judgment until paid in full;

1    F.    Plaintiff may record this Judgment in any appropriate county recorder's office;
2  and
3    G.    This Judgment is a final Judgment which can be enforced and relied upon
4  according to its terms, and this Court hereby determines that, in accordance with Rule 54(b) of
5  the Federal Rules of Civil Procedure and Bankruptcy Rule 7054, there is no just reason for delay
6  in the entry of this Judgment and this Court expressly directs this Judgment shall be entered
7  immediately and shall be and hereby is a final Judgment of this Court.
8  **SIGNED AND DATED ABOVE.**