UNITED STATES BANKRUPTCY COURT
Southern District of New York
Vito Genna
Clerk of the Court

# TRANSCRIPT OF JUDGMENT

BC No.: 16,0021
Case No.: 16-mp-0414 (CGM)

| JUDGMENT AGAINST THE FOLLOWING PARTY (IES) | JUDGMENT FOR THE FOLLOWING PARTY (IES) |
|---|---|
| **Sagall, LLC**<br>680 Madison Avenue<br>New York, NY 10065 | **Maureen Gaughan,** Trustee to SM Financial Services Corporation<br>c/o William M. Stein<br>Stein & Stein, LLP<br>1 Railroad Square<br>Haverstraw, NY 10927 |

| DEBT: | INTEREST: | COSTS: | DATE SIGNED: | DATE FILED: |
|---|---|---|---|---|
| $20,000.00 | 0.30% | | 2/15/2011 | |

**ATTORNEY:**
**William M. Stein**
Stein & Stein, LLP
1 Railroad Square
Haverstraw, NY 10927
845.429.3900

Judgment

| HOW OBTAINED: Judgment Order | SATISFIED: |
|---|---|

I, __Vito Genna__, Clerk of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the foregoing is a true and accurate transcript from the Docket of Judgments kept in my office and that the above judgment has __NOT__ been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this <u>Fifteenth day of September 2016.</u>

Vito Genna
Clerk of the Court

By: _____
Deputy Clerk
