STEIN & STEIN, LLP
PO BOX 30
HAVERSTRAW, NY 10927
(845) 429-3900

---

| | |
|---|---|
| Maureen Gaughan,<br>Trustee to SM Financial | UNITED STATE BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK |

                         Plaintiff,     BC No.:16,0021
                                        Index no. 16-0414(CGM)

    -against-


Sagall, LLC                             **WARRANT TO SATISFY JUDGMENT**

                         Defendant.
------------------------------------x

   WHEREAS judgment was entered in the United State Bankruptcy Court, District of Arizona in the above entitled action in the favor of Maureen Gaughan, Trustee to SM Financial, and against Sagall, LLC on February 15, 2011, by the record thereof in judgment book or Case No.2:10ap-02150-RJH, and the said judgment having been registered in the United State Bankruptcy Court, Souther District of New York, by record thereof in the judgment book or Case No.:16-mp-0414(CGM).

   NOW THEREFORE this is your warrant and authority to enter on the aforesaid record, this satisfaction of Judgment.


                              STEIN & STEIN, LLP

Dated:  Haverstraw, New York
        March 15, 2017

                              By: ARI J. STEIN, Partner


STATE OF NEW YORK    )
                     )ss.: *ACKNOWLEDGMENT*
COUNTY OF ROCKLAND   )


   On March 15, 2017 before me, the undersigned, personally appeared **ARI J. STEIN** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name (s) is(are) subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

                              WILLIAM STEIN
                              Notary Public, State of New York
                              No. 4626151
    *NOTARY PUBLIC*           Qualified in Rockland County
                              Commission Expires November 30, 20___

RECEIVED
MAY - 1 2017
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

17897

## STEIN & STEIN, LLP
### ATTORNEYS AT LAW

WILLIAM M. STEIN
ALISA STEIN
ARI J. STEIN
ZEEVYAH A. BENOFF*

*Member NY & NJ Bar

1 RAILROAD SQUARE
HAVERSTRAW, NY 10927
(P) 845.429.3900
(F) 845. 429.4392

1 PENN PLAZA, 36TH FLOOR
NEW YORK, NY 10119
(P) 646.543.3697
(F) 646.661.1115

MAILING ADDRESS:
P.O. BOX 30
HAVERSTRAW, NY 10927

STEINANDSTEINLAW@YAHOO.COM
WWW.NYCOLLECTIONLAW.COM

April 27, 2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Re:  SM FINANCIAL SERVICES CORPORATION
     vs.  SAGALL, LLC
     INDEX # 16-mp-0414
     Our file no. 17897
     Fax #

DEAR SIRS:

Please file the enclosed Warrant to Satisfy Judgment and return a copy to the undersigned in the enclosed self-addressed, stamped envelope.

Thank you.

Very truly yours,

ARI J. STEIN

AJS:rd

