# STEIN & STEIN, LLP
## ATTORNEYS AT LAW

WILLIAM M. STEIN
ALISA STEIN
ARI J. STEIN
ZEEVYAH A. BENOFF*

1 RAILROAD SQUARE
HAVERSTRAW, NY 10927
(P) 845.429.3900
(F) 845. 429.4392

MAILING ADDRESS:
P.O. Box 30
HAVERSTRAW, NY 10927

*Member NY & NJ Bar

1 PENN PLAZA, 36TH FLOOR
NEW YORK, NY 10119
(P) 646.543.3697
(F) 646.661.1115

STEINANDSTEINLAW@YAHOO.COM
WWW.NYCOLLECTIONLAW.COM

August 21, 2018

U.S. BANKRUPTCY COURT-SDNY-MANHATTAN
ONE BOWLING GREEN
NEW YORK, NY 10004

Re: SM FINANCIAL SERVICES CORPORATION
    vs. SAGALL, LLC
    INDEX # 16-mp-0414
    Our file no. 17897
    Fax #

DEAR SIRS:

Please file the enclosed satisfaction of Judgment and return a stamped copy. Thank you.

Very truly yours,

WILLIAM M. STEIN

WMS:rd



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MAUREEN GAUGHAN, TRUSTEE TO SM           BC No: 16,0021
FINANCIAL SERVICES CORPORATION            Case No. 16-mp-0414(CGM)

                            Plaintiff,

     - against -                               **SATISFACTION OF JUDGMENT**

SAGALL, LLC

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 15th day of February, 2011 in favor of MAUREEN GAUGHAN, TRUSTEE TO SM FINANCIAL SERVICES CORPORATION and against SAGALL, LLC in the amount of $20,000.00, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Haverstraw, New York
        February 9, 2018

                                      STEIN & STEIN, LLP

                       By: _____
                               ARI J. STEIN, ESQ.
                               Attorneys for Plaintiff
                               1 Railroad Sq.
                               Haverstraw, NY 10927

RECEIVED AUG 24 2018

STATE OF NEW YORK ) 
                                     ) ss.: 
COUNTY OF ROCKLAND )

On the 9th day of February, 2018 before me personally came ARI J. STEIN to me known and known to be a member of the firm of STEIN & STEIN, LLP, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

WILLIAM STEIN
Notary Public, State of New York
No. 4626151
Qualified in Rockland County
Commission Expires November 30, 20 18